United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL DEAN MATTHEWS,  | No. C 14-865 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JEFFREY BEARD, Secretary of California Department of Corrections and Rehabilitation; et al., | |
| Defendants. | |

This action is dismissed without prejudice to plaintiff filing a petition for habeas corpus.

IT IS SO ORDERED AND ADJUDGED.

DATED: June 4, 2014

_____
SUSAN ILLSTON
United States District Judge